Lake View Trust and Savings Bank, Appellee, v. City
of Chicago, Appellant.

Gen. No. 41,929.

Heard in first
division, first district, this court at October term, 1941; opinion filed
April 20, 1942. Barnet Hodes, Corporation Counsel, for appellant;
James A. Velde, Herbert M. Abrams and Barney Fagen, Assistant Cor-
poration Counsel, of counsel; Pollock & Latchford, for appellee; George
P. Latchford, Jr., of counsel. Opinion by JUSTICE MATCHETT. ''Not
to be published in full.''